**NORMAND**

3165 McCrory Place, Suite 175, Orlando, Florida 32803

**T:** 407-603-6031     **F:** 888-974-2175

**NORMANDPLLC.COM**

October 14, 2022

**VIA ECF**

The Honorable Becky R. Thorson
Magistrate Judge, District of Minnesota
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Clerk's Office
United States District Court, District of Minnesota
Diana E. Murphy, United States Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

Re:   *Trinh Thu Nguyen vs. State Farm Mutual Automobile Insurance Company*
   **Court File No. 0:21-cv-01325 (DWF/BRT)**

Dear Judge Thorson and the District of Minnesota Clerk's Office:

Pursuant to the Electronic Filing Guide Procedures Guide for Civil Cases for the United States District Court, District of Minnesota, Plaintiff Trinh Thu Nguyen hereby submits this letter to withdraw the Motion to Consolidate filed on Friday, October 7, 2022. *See* ECF 80. As a result, Plaintiff Nguyen, through undersigned counsel, respectfully requests that the Clerk's Office terminate the motion upon receipt of this letter.

Respectfully submitted,

**NORMAND PLLC**

*/s/ Edmund A. Normand*

Edmund A. Normand