## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Trinh Thu Nguyen,                                           Civil No. 21-1325 (DWF/ECW)

           Plaintiff,

v.                                                            **ORDER FOR DISMISSAL**
                                                                              **WITH PREJUDICE**

State Farm Mutual Automobile Insurance
Company,

           Defendant.

Based upon the Stipulation of Dismissal with Prejudice filed by the parties on March 31, 2023, (Doc. No. [102]),

      **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without fees or costs to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   March 31, 2023                          s/Donovan W. Frank
                                                                  DONOVAN W. FRANK
                                                                  United States District Judge