# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Trinh Thu Nguyen,<br><br>Plaintiff,<br><br>v.<br><br>State Farm Mutual Automobile Insurance Company,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 21-cv-1325 DWF/ECW |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE** and on the merits, without fees or costs to any party.

Date: 4/3/2023

KATE M. FOGARTY, CLERK